DAI & ASSOCIATES, P.C.
Joel Scott Ray (7750)
Queens Crossing Business Center
136-20 38th Avenue, 9F
Flushing, NY 11354
(718) 888-8880
Attorneys for Plaintiff

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------X
ZHUHAI WINNERS M&E LTD., ZHUHAI            Docket No.: 08-cv-6579(JSR)
LIBO TRADING CO., LTD., CHARTERLINK
INTERNATIONAL (HK) LIMITED, ZHUHAI
MING BO DEVELOPMENT CO. LTD, and
ZHUHAI WINNER ELECTROMECHANICAL
PROJECT CO, LTD,

                              Plaintiffs,

    -against-

THE HUDSON VALLEY UMBRELLA
COMPANY, INC.,

                              Defendant.
-----------------------------------------------------------X

## NOTICE OF CHANGE OF ADDRESS

**TO THE ATTORNEY ADMISSION
CLERK AND ALL OTHER PARTIES:**

      **PLEASE TAKE NOTICE** that, pursuant to Local Rule 1.3 of this Court, the following attorney information changes are for the Law Firm of DAI & ASSOCIATES, P.C.:

      From:  136-18 39th Avenue, Ste, 1102
                 Flushing, NY 11354

      To:     Queens Crossing Business Center
                 136-20 38th Avenue, 9F
                 Flushing, NY 11354

      The telephone number, fax number and e-mail addresses will remain the same.

Dated: Flushing, New York
   August 8, 2008

                Respectfully submitted,

                /s/ _____
                  Joel Scott Ray (JR7750)